```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 01508
   MAURICE R COOPER
   GAIL J COOPER                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1614      SSN XXX-XX-8793
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/24/08 and confirmed on 06/06/08.

   2.  The case was converted to Chapter 7 after confirmation, 06/20/2008.

   3.  The Debtor paid a total of $  3920.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 41936.40 | .00 | 1519.71 |
| BENEFICIAL | SECURED | .00 | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | 3000.00 | .00 | 108.72 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 4255.00 | 31.54 | 945.68 |
| AMBER FIELD HOA | SECURED | 686.00 | .00 | 87.00 |
| AMERICASH LOANS | UNSECURED | 1376.91 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 817.07 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 749.02 | .00 | .00 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1337.00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MAGNUM CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND MARKETING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY YES | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| US FAST CASH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOUSEHOLD BANK | UNSECURED | 49.65 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1779.52 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 49877.40 | .00 | 6109.17 | .00 | 55986.57 |

```
PRINCIPAL PAID           2661.11          .00           .00           .00        2661.11
INTEREST PAID              31.54          .00           .00           .00          31.54
TOTAL PAID               2692.65          .00           .00           .00        2692.65
```
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   3500.00
and was paid $   2500.00  direct and $   1000.00  through the plan.

The Trustee received $     227.35 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 01508 MAURICE R COOPER & GAIL J COOPER